# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERNEL MILITY,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-00446 DAD JLT<br><br>ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(Doc. 12) |

On May 22, 2017, defendant Phil Taylor filed an unnoticed motion[1] for an extension of time to file his responsive pleading. (Doc. 12) He cites the unavailability of counsel for the need for the extension. Id. Plaintiff has graciously agreed to the extension of time. (Doc. 15) Thus, the Court **ORDERS**:

1. The request for an extension of time to file the responsive pleading is **GRANTED**. No later than June 6, 2017, Mr. Taylor **SHALL** file his responsive pleading.

IT IS SO ORDERED.

   Dated: **May 25, 2017**                        **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE

---

[1] In future, counsel SHALL seek a stipulation before filing a request of this type.