**MARGO A. RAISON, COUNTY COUNSEL**
**By: Andrew C. Thomson, Chief Deputy (SBN 149057)**
**Robert J. Rice, Deputy (SBN 131255)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants, County of Kern,**
**Richard Carillo and Dave Langella**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KERNEL MILITY,** | Case No.: 1:17-CV-00446-JLT |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE TRIAL AND ORDER THEREON** |
| **COUNTY OF KERN, CA; PHIL TAYLOR; CHRIS RODRIGUEZ; RICHARD CARILLO; DAVE LANGELLA** | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Kernel Mility, through his counsel of record Randy J. Rumph; and Defendants, County of Kern, Richard Carillo, Dave Langella, through their counsel of record, Robert J. Rice; and Defendants, Phil Taylor and Chris Rodriguez, through their counsel of record, Michael Kellar, that the trial date in this matter be continued from April 27, 2020 to August 3, 2020, at 9:00 a.m.

This request for a continuance based upon the order of the court to stipulate to continue all trial dates due to the current state of emergency in the United States.

/ / /

/ / /

/ / /

1
_____
STIPULATION TO CONTINUE TRIAL DATE AND PROPOSED ORDER

IT IS SO STIPULATED.

Dated:					LAW OFFICE OF RANDY RUMPH


					 /s/ Randy Rumph as authorized on 04/01/2020
					Randy Rumph, Esq.
					Attorney for Plaintiff
					Kernel Mility


Dated:					MARGO A. RAISON, COUNTY COUNSEL



					By: /s/ Robert J. Rice
						Robert J. Rice, Esq.
						Attorney for Defendants
						County of Kern, Richard Carillo
						and Dave Langella


Date:					ROBINSON & KELLAR



					By: /s/ Michael Kellar as authorized on 04/01/2020
						Michael Kellar, Esq.
						Attorney for Defendants
						Phil Taylor and Chris Rodrguez

2

STIPULATION TO CONTINUE TRIAL DATE AND PROPOSED ORDER

**~~PROPOSED~~ ORDER**

Good cause appearing, the Court GRANTS the stipulation IN PART as follows:

1. The trial is CONTINUED to July 27, 2020 at 8:30 a.m. The date selected by counsel is not available. If the continued trial date is not workable for counsel, the parties and the witnesses, counsel may stipulate to a different date. <u>However, they SHALL clear the date with Courtroom Deputy Clerk Susan Hall before proposing a date</u>;

2. Trial briefs, if any, may be filed no later than July 17, 2020;

3. Agreed upon and disputed jury instructions and verdict form SHALL be filed no later than July 6, 2020;

4. Proposed jury voir dire questions SHALL be filed no later than July 6, 2020;

5. Any further motions in limine SHALL be filed no later than June 25, 2020. Oppositions SHALL be filed no later than July 2, 2020. No reply briefs will be permitted. The Court sets a hearing on the motions on July 10, 2020 at 10:00 a.m.

6. The Exhibit binders SHALL be delivered to the Courtroom Deputy Clerk no later than 4:00 p.m. on July 23, 2020.

All other substantive information in the pretrial order (Doc. 63) applies.

IT IS SO ORDERED.

Dated: **April 1, 2020**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE