UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERNEL MILITY, | Case No.: 1:17-cv-0446 - JLT |
| Plaintiff, | ORDER DISMISSING THE ACTION |
| v. | |
| COUNTY OF KERN, et al. | |
| Defendants. | |

The parties have stipulated to dismiss the action with each side to bear their own fees and costs. (Doc. 75) Thus, good cause appearing, the action is DISMISSED.

IT IS SO ORDERED.

Dated: **June 17, 2020**        **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE